**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS,
TYLER DIVISION**

| | |
|---|---|
| **CRAIG TIPPS** § | |
|     **Plaintiff** § | |
| § | |
| **V.** § | |
| § | Civil Action No. 6:23-cv-561 |
| **DAIRY FARMERS OF AMERICA,** § | |
| **INC.** § | |
|     **Defendant** § | |

### DEFENDANT'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COME NOW**, **DAIRY FARMERS OF AMERICA, INC.,** Defendant in the above entitled and numbered cause, and file this, their Notice of Removal under 28 U.S.C. §1446(a), and for same would respectfully show unto the Court as follows:

### A.  Introduction

    1.    On October 6, 2023, Plaintiff Craig Tipps commenced the above-captioned action against Dairy Farmers of America, Inc. through his filing of *Plaintiff's Original Petition* (the "Petition") in the in the 402nd Judicial District Court of Wood County, Texas, Cause No. 2023-555, captioned as *Craig Tipps, Plaintiff v. Dairy Farmers of America, Inc., Defendant*. On October 16, 2023, Dairy Farmers of America, Inc. was served with Citation and a copy of the Petition. Defendant received first notice of the suit on October 16, 2023.

    2.    This Notice is filed timely, pursuant to 28 U.S.C. § 1446(b), because it is filed within thirty (30) days of October 16, 2023, the date on which Dairy Farmers of America, Inc. was served with a copy of the Petition. No previous notice of removal has been filed or made with this Court for the relief sought herein.

## B. Basis of Removal

3. Removal is proper under 28 U.S.C. § 1441. It is a civil action brought in state court and the District Courts of the United States have original jurisdiction over this action under 28 U.S.C. § 1332, since the plaintiff and the defendant are diverse in citizenship. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a). Plaintiff is a citizen of Texas. Defendant Dairy Farmers of America, Inc. is a cooperative marketing association incorporated under the laws of the State of Kansas, has its principal place of business in the State of Kansas, and is a citizen of the State of Kansas.

4. Additionally, the amount in controversy exceeds $75,000, excluding interest and costs. 28 U.S.C. §1332(a). Plaintiff's Original Petition states he seeks "monetary relief over $250,000 but not more than $1,000,000." *See* Exhibit 1, Plaintiff's Original Petition, ¶ 4.

5. Defendant consents to removal of this case to federal court.

6. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending.

## C. Jury Demand

9. Plaintiff demanded a jury in the state court suit. Defendant demands a trial by jury on all issues.

**WHEREFORE PREMISES CONSIDERED,** Defendant asks the Court to remove this lawsuit to the United States District Court for the Eastern District of Texas, Tyler Division.

> Respectfully submitted,
>
> **FEE, SMITH & SHARP L.L.P**
>
> */S/ JEFF C. WRIGHT*
> **JEFF C. WRIGHT**
> State Bar No. 24008306
> Email: jwright@feesmith.com
> **TRAVIS M. CASEY**
> State Bar No. 24087268
> Email: tcasey@feesmith.com
> Three Galleria Tower
> 13155 Noel Road, Suite 1000
> Dallas, Texas 75240
> 972-934-9100
> 972-934-9200 [Fax]

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

*Via E-Service*
Arin K. Schall
David L. Cook
HARRIS COOK, L.L.P.
1309-A West Abram
Arlington, TX 76013
817-275-8765
817-460-8060 (Fax)
Email: eservicearl@harriscooklaw.com
*Attorneys for Plaintiff*

> */S/ JEFF C. WRIGHT*
> **JEFF C. WRIGHT**